**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ALMA LORRENA SANCHEZ-RAMIREZ,<br><br>　　　　　　Defendant. | Case No.: 15CR3045-MMA<br><br>**ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**<br><br>[Doc. No. 38] |

Upon motion of the United States, good cause appearing, the Court **DISMISSES** the Information in the above-captioned case without prejudice.

**IT SO ORDERED AND ADJUDGED**.

DATE: October 20, 2016

　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　United States District Judge